UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BIN-AMEDEON C., | No. 1:26-cv-03422-RLP |
| Petitioner, | ORDER APPOINTING COUNSEL AND EXTENDING BRIEFING |
| v. | |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, ET AL., | |
| Respondents. | |

Before the Court is Petitioner Bin-Amedeon's [1] s *pro se* Petition for a Writ

---

[1] As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court omits Petitioner's full name, using only the first name and last initial, to protect sensitive personal information.  *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case

ORDER APPOINTING COUNSEL ~ 1

of Habeas Corpus pursuant to 28 U.S.C. § 2241, ECF No. 1.

On May 21, 2026, the Court issued a minute order directing Petitioner to Respond to the Government's Opposition by June 22, 2026. ECF No. 12. Petitioner has failed to file a timely response.

Due to the complexity of the legal issues involved, the Court has determined that the interests of justice require the appointment of counsel for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). **Within seven (7) court days from the date of this Order**, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to the Courtroom Deputy via email at Linda_Hansen@waed.uscourts.gov, who shall update the docket to reflect counsel's appointment.  If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the Court hereby authorizes them to serve as CJA counsel for petitioner for the duration of the proceedings in this Court pursuant to Local Rule 180(b)(1).

In accordance with the above, IT IS HEREBY ORDERED:

1.  Within seven (7) court days from the date of this Order, the appointing

---

Management, Judicial Conference of the United States (May 1, 2018),

https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

ORDER APPOINTING COUNSEL ~ 2

authority for the Eastern District of California shall identify counsel and notify the Court.

2. The Clerk of the Court shall serve a copy of this Order on the Federal Defender, Attention: Habeas Appointment, along with a copy of the § 2241 petition.

**3.** Petitioner, through counsel, shall file a response to the Government's opposition on or before **July 30, 2026.**

The Clerk of the Court shall mail a copy of this Order to Petitioner.

**IT IS SO ORDERED.**

DATED June 24, 2026.

REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

ORDER APPOINTING COUNSEL ~ 3