UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BIN-AMEDEON C.,

Petitioner,

v.

WARDEN OF THE GOLDEN STATE ANNEX DETENTION CENTER, et al.,

Respondents.

No. 1:26-cv-03422-RLP

ORDER GRANTING JOSEPH HEARING

Before the Court is Petitioner Bin Amedeon C.'s ("Petitioner") amended petition for writ of habeas corpus and application for temporary restraining order, ECF No. 16. Petitioner, through counsel, amended the petition to withdraw prior requests for relief and instead request a *Joseph* hearing to determine whether he is properly subject to mandatory detention under 8 U.S.C. § 1226(c). Respondents do not appear to object to this request.

8 U.S.C. § 1226 governs the detention of noncitizens pending the outcome of removal proceedings. *Jennings v. Rodriguez*, 583 U.S. 281, 288 (2018). Section

1226(c) mandates detention for a category of noncitizens with certain criminal convictions. Any detainee "who believes that he is not covered by § 1226(c) may . . . ask for what is known as a '*Joseph* hearing' from the immigration court." *Jennings*, 583 U.S. at 289 n.1 (citing *Matter of Joseph*, 22 I. & N. Dec. 799 (BIA 1999)). At such a hearing, the detainee may avoid mandatory detention by demonstrating that he was not convicted of a qualifying predicate offense or that the Government is otherwise substantially unlikely to establish that he is subject to mandatory detention. *Demore v. Kim*, 538 U.S. 510, 514 n.3 (2003).

The Court concludes that Petitioner is entitled to a *Joseph* hearing. The amended petition is therefore granted.

**Accordingly, IT IS ORDERED:**

1. Petitioner's Petition for Habeas Corpus, **ECF No. 16**, is **GRANTED** to the extent Petitioner requests a *Joseph* hearing.

2. Petitioner's original petition, **ECF No. 1**, and Motion for Temporary Restraining Order, **ECF No. 2**, are **DENIED AS MOOT.**

3. Within fourteen (14) days of the date of this Order, unless Petitioner consents to a later date, Respondents shall provide Petitioner with a custody hearing before an Immigration Judge pursuant to *Matter of Joseph*, 22 I. & N. Dec. 799 (BIA 1999), to determine whether Petitioner is properly subject to mandatory detention under 8 U.S.C. § 1226(c).

4. Within three (3) days after the *Joseph* hearing, Respondents shall file a notice certifying compliance with this Order and stating the outcome of the hearing.

**IT IS SO ORDERED.** The Court clerk shall enter Judgment for the Petitioner, provide copies to counsel and CLOSE the file.

DATED September 4, 2026.

REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE